UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Revocation Minute Sheet for the Honorable Dean Whipple

| UNITED STATES OF AMERICA | Case No: 06-00410-01-CR-W-DW |
|---|---|
| vs. | Date: 01/04/11 |
| RUSSELL WILLIAM TORRENCE, JR. | |

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| Rudolph Rhodes, AUSA | Alex McCauley, CJA |
| Time Commenced: 2:30 p.m. | Time Terminated: 2:42 p.m. |

---

X     Defendant stipulates to the violation of Conditions of Release.

       Type of Supervision: Supervised Release.
       Most Serious Grade Violation: C
       Criminal History Category: I
       Revocation Range: 3 to 9 months.

X     Motion to Revoke Supervised Release is granted (Doc #204).

INCARCERATION:

X     The Court hereby orders the defendant to serve the following term of incarceration with the FBP: Defendant to be imprisoned for the remainder of his term of supervised release. Defendant to be released at 12:00 noon on March 19, 2011.

X     Defendant is hereby remanded to the custody of U.S. Marshal.

X     The Court hereby REVOKES the Defendant's Supervised Release for the following reasons:

       Violation of the mandatory condition of supervised release.

X     The Court advises the Defendant he has 14 days to appeal.

Court Reporter: Denna Lamken          Joella Baldwin, Courtroom Deputy